IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DARREN NEVARES, #1089354 § | |
| § | |
| V. § | CIVIL ACTION NO. G-06-031 |
| § | |
| DOUG DRETKE, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, CORRECTIONS § | |
| INSTITUTIONS DIVISION § | |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the Magistrate Judge, entered on January 25, 2006, which recommends that the Application for Writ of Habeas Corpus of Darren Nevares be dismissed with prejudice. Petitioner has filed objections to the Report and Recommendation, objecting on grounds that although he is not eligible for mandatory supervision, his disciplinary punishment will unfairly prejudice future parole considerations. As correctly stated by the Magistrate Judge, Petitioner has no liberty interest in obtaining parole in Texas and cannot "complain of the constitutionality of procedural devices attendant to parole decisions."

Having given this matter *de novo* review as required by 28 U.S.C. §636 (b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of applicable law and it is, hereby, **ACCEPTED** in its entirety and incorporated by reference herein.

It is **ORDERED** that the Application for Writ of Habeas Corpus of Darren Nevares is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas, this the 17th day of February, 2006.

Samuel B. Kent
United States District Judge